BART K. LARSEN, ESQ.
Nevada Bar No. 8538
ERIC D. WALTHER, ESQ.
Nevada Bar No. 13611
**KOLESAR & LEATHAM**
400 South Rampart Boulevard, Suite 400
Las Vegas, Nevada 89145
Telephone: (702) 362-7800
Facsimile: (702) 362-9472
E-Mail: blarsen@klnevada.com
ewalther@klnevada.com

*Attorneys for Debtor Virtual*
*Communications Corporation*

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

\* \* \*

| IN RE: | Case No. 18-12951-leb |
|---|---|
| VIRTUAL COMMUNICATIONS CORPORATION, | Chapter 11 |
| Debtor. | Date of Hearing: August 14, 2018<br>Time of Hearing: 9:30 a.m. |

**CERTIFICATE OF ACCEPTANCE OF**
**DEBTOR'S PLAN OF REORGANIZATION**

Debtor in Possession VIRTUAL COMMUNICATIONS CORPORATION ("Debtor"), by and through its counsel, Bart K. Larsen, Esq. of the law firm of Kolesar & Leatham, hereby submits its Certificate of Acceptance of Debtor's Plan of Reorganization in accordance with Local Rule 3018.

On June 25, 2018, in connection with the *First Amended Chapter 11 Plan of Reorganization for Virtual Communications Corporation* [ECF No. 38] (the "Plan") and *First Amended Disclosure Statement for Chapter 11 Plan of Reorganization for Virtual Communications Corporation* [ECF No. 39] (the "Disclosure Statement"), the Court entered its *Order (1) Conditionally Approving Adequacy of the Proposed Disclosure Statement to Accompany Plan of Reorganization; and (2) Setting a Hearing on Confirmation of the Debtor's*

- 1 -

*Chapter 11 Plan of Reorganization and Related Deadlines* [ECF No. 42], which, among other things, scheduled a hearing to consider confirmation of the Plan to take place on August 14, 2018 (the "Confirmation Hearing"), and required that the Debtor file a ballot summary no later than two days prior to the Confirmation Hearing.

On June 29, 2018, Debtor served on all creditors, equity interest holders, and other parties-in-interest at such parties' last known addresses (a) the Plan, (b) the Disclosure Statement, (c) the Disclosure Statement Order, (d) a Ballot for Accepting or Rejecting the Plan of Reorganization, and (e) *Notice of: (i) Hearing on Debtor's Disclosure Statement; (ii) Hearing on Confirmation of Debtor's Plan of Reorganization and Procedures for Objecting to Confirmation of the Plan; and (iii) Procedures and Deadlines for Voting on the Plan* [ECF No. 48] (the "Confirmation Hearing Notice").[1]

**A.  Plan Ballot Summary**

1. Proponent of Plan: **VIRTUAL COMMUNICATIONS CORPORATION**
2. Are any competing plans filed with the court? **No**
3. Cramdown requested: **No**
4. Unimpaired Classes: **No**
5. Impaired Classes: **Yes**
6. Has any impaired Class accepted? **Yes**
7. Class voting summary:

| CLASS | ACCEPT | | REJECT | |
| --- | --- | --- | --- | --- |
| | % of Class | Amount | % of Class | Amount |
| **Class 1 (Impaired)**<br>Secured Claim of the Gewerter Law Office | 100% | 1,000.00 | | |
| **Class 2 (Impaired)**<br>Secured Claim of Julie Minushkin | 100% | $15,000.00 | | |
| **Class 3 (Impaired)**<br>Unsecured Promissory Notes<br>*See* Exhibit 1 attached hereto. | 81% | $3,547,103.00 | 19% | $836,642.00 |

---

[1] *See* ECF No. 54.

- 2 -

| CLASS | ACCEPT | | REJECT | |
|---|---|---|---|---|
| | % of Class | Amount | % of Class | Amount |
| **Class 4 (Impaired)**<br>Artesia CPA, LLC | **100%** | **$9,623.00** | | |
| **Class 5 (Impaired)**<br>Kenneth Brand<br>George Diab<br><br>| 1%<br>99%<br><br>**100%** | 1,000 shares<br>106,000 shares<br><br>**107,000 shares** | | |

**B.    Vote Tally**

Pursuant to 11 U.S.C. § 1126, the various Classes of Claims and Interests under the Debtor's Plan have accepted or rejected the Plan as follows:

Class 1:    Impaired    -    Vote to Accept

Class 2:    Impaired    -    Vote to Accept

Class 3:    Impaired    -    Vote to Accept

Class 4:    Impaired    -    Vote to Accept

Class 5:    Impaired    -    Vote to Accept

DATED this 10th day of August, 2018.

KOLESAR & LEATHAM

/s/ *Bart K. Larsen, Esq.*
Bart K. Larsen, Esq.
Nevada Bar No. 8538
400 S. Rampart Blvd., Ste. 400
Las Vegas, Nevada 89145

*Attorneys for Debtor in Possession*
*Virtual Communications Corporation*

- 3 -

**EXHIBIT 1**

**Outcome of Voting of Class 3 Claims**

|  | Accept | | Reject | |
|---|---|---|---|---|
| Name | % of Class | Amount | % of Class | Amount |
| Alan Nicholson | 2.06% | $90,150.00 | | |
| Anthony White | | | 0.59% | $25,942.00 |
| Brian Graybill | 0.59% | $25,942.00 | | |
| Calvin Garrett | 1.85% | $81,070.00 | | |
| Carla J. Bates | 0.91% | $39,793.00 | | |
| Carlos Linqui | 0.93% | $40,963.00 | | |
| Carol Dunsmore | 1.26% | $55,128.00 | | |
| Charlotte Vancura | 3.70% | $162,140.00 | | |
| Charlotte Vancura | 2.07% | $90,799.00 | | |
| Claire Janesh | 1.48% | $64,856.00 | | |
| Claudy Strong | 0.92% | $40,211.00 | | |
| David Brieske | 1.18% | $51,885.00 | | |
| David Hart | 1.48% | $64,856.00 | | |
| David P. Kocharhook | 0.59% | $25,942.00 | | |
| Deborah Cook | 1.75% | $76,530.00 | | |
| Donald Munro | 0.70% | $30,482.00 | | |
| Dori Sullivan | 1.70% | $74,585.00 | | |
| Ellen Scudder | 4.65% | $203,647.00 | | |
| Erma Shepard | 0.95% | $41,508.00 | | |
| Gabriele Lavermicocca | | | 2.96% | $129,712.00 |
| Gary Kendig | 0.74% | $32,428.00 | | |
| Gayle Chany | | | 1.75% | $76,530.00 |
| Geraldine Kellison | 1.67% | $73,287.00 | | |
| Henry Saugey | 3.61% | $158,249.00 | | |
| Jackie Stone | 0.00% | | 1.04% | $45,399.00 |
| James Andreissen | 0.59% | $25,942.00 | | |
| James Regehr | 2.22% | $97,284.00 | | |
| James Regehr | 8.77% | $384,237.00 | | |
| Janice Perry | 1.11% | $48,642.00 | | |
| Jeanette Forrest | 0.27% | $11,704.00 | | |
| Jessie Hobbs | 1.48% | $64,856.00 | | |
| Joan Josey | 0.89% | $38,914.00 | | |
| Joseph Nelson | 0.53% | $23,348.00 | | |
| Joyce Asher-Nicholson | 2.77% | $121,281.00 | | |
| Julian Bradberry | 1.48% | $64,856.00 | | |
| Karen Nerden | 1.11% | $48,642.00 | | |
| Kathleen Albert | 1.45% | $63,559.00 | | |
| Kathleen Neisse | 0.72% | $31,780.00 | | |
| Kendall Smith | | | 0.83% | $36,319.00 |
| Larry A. Pianzio | | | 0.65% | $28,537.00 |
| Larry Welch | 0.74% | $32,428.00 | | |
| Linda Bailie | 1.04% | $45,399.00 | | |
| Major L. Stroupe | 1.04% | $45,399.00 | | |
| Marilyn Rogers | 1.18% | $51,885.00 | | |

| Name | % of Class | Amount | % of Class | Amount |
|---|---|---|---|---|
| Marilyn Tovar | 0.44% | $19,457.00 | | |
| Mark Tovar | 1.07% | $46,815.00 | | |
| Marcia Potts | 0.77% | $33,725.00 | | |
| Mary Allen | 0.61% | $26,591.00 | | |
| Mary Parker* | 0.84% | $36,968.00 | | |
| Matthew Gudgel | 1.78% | $77,827.00 | | |
| Mikhail Cherner | 0.58% | $25,294.00 | | |
| Natasha Kinlaw | 0.51% | $22,237.00 | | |
| Norma Kidd | 1.04% | $45,399.00 | | |
| Patricia Clark | 1.09% | $47,994.00 | | |
| Patrick Walsh | 0.80% | $35,022.00 | | |
| Reva Waldo | | | 3.28% | $143,981.00 |
| Robert Kaiser | | | 1.24% | $54,479.00 |
| Robin Suntheimer | | | 1.04% | $45,399.00 |
| Sandra Pak | 0.74% | $32,428.00 | | |
| Scott Gomez | 0.62% | $27,240.00 | | |
| Silvana Briguglio | 1.27% | $55,593.00 | | |
| Silvia B. Harrington | 0.47% | $20,754.00 | | |
| Stephen Ghesquiere | | | 1.95% | $85,610.00 |
| Steve Hotchkiss | | | 2.22% | $97,284.00 |
| Susan Rogge | 0.95% | $41,508.00 | | |
| Sylvia Lewis | 0.68% | $29,834.00 | | |
| Terry Laughlin | 0.59% | $25,942.00 | | |
| Thomas Moffit | 0.67% | $29,185.00 | | |
| Troy Suntheimer | | | 1.54% | $67,450.00 |
| Walter Wooldridge | 1.78% | $77,827.00 | | |
| William Guy | 1.48% | $64,856.00 | | |
| | **80.91%** | **$3,547,103.00** | 19.09% | $836,642.00 |

* Mary Parker's ballot voting to accept the Plan was received by Debtor's counsel on August 8, 2018.